AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

TERRY TONASKET, dba STOGIE SHOP; and DAVID T. MILLER, an individual,

                                Plaintiffs,

                                          v.

TOM SARGENT, et al.,

                                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-073-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Re: Motion to Dismiss Amended Complaint entered on November 10, 2011, ECF No. 55, judgment is entered in favor of Defendants and this action is dismissed with prejudice.

November 10, 2011                         JAMES R. LARSEN
*Date*                                                         *Clerk*
                                                        s/ Cora Vargas
                                                        *(By) Deputy Clerk*
                                                        Cora Vargas